# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGEL PABLO MATIAS,

          Petitioner,

          v.

J.L. JAMISON, *et al.*,

          Respondents.

CIVIL ACTION NO.  26-2750

## ORDER

**AND NOW,** this 30th day of April 2026, upon consideration of Angel Pablo Matias's Petition for Writ of Habeas Corpus [Doc. No. 1] and the government's Opposition [Doc. No. 5], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1. Pablo Matias is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Writ of Habeas Corpus shall issue, and the government shall **RELEASE** Pablo Matias from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 4:00 p.m. ET on April 30, 2026.

3. The government is temporarily enjoined from re-detaining Pablo Matias for seven days following his release from custody.

4. The government shall, immediately upon Pablo Matias's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

5.      The Court defers any award of costs or reasonable attorney fees at this time.

6.      If the government chooses to pursue renewed detention of Pablo Matias after the seven-day period mentioned in Paragraph 3, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Pablo Matias poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Pablo Matias from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Pablo Matias is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Pablo Matias if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Pablo Matias.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.